# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

|  |  |  |
|---|---|---|
| KAREN PATRICIA HENDERSON, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | No. 3:13-cv-01169 |
| **v.** | ) | |
| | ) | Judge Nixon |
| CAROLYN W. COLVIN, | ) | Magistrate Judge Bryant |
| **Commissioner of Social Security,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

Pending before the Court is Defendant Commissioner of Social Security's Motion for Entry of Judgment Under Sentence Four, 42 U.S.C. § 405(g), with Remand to Defendant ("Motion") (Doc. No. 17), filed along with a Memorandum in Support (Doc. No. 18). Defendant states that remand is appropriate in this case for additional administrative proceedings. (Doc. No. 18 at 1.) Defendant indicates that Plaintiff Karen Patricia Henderson's counsel has been contacted and has no objection to Defendant's Motion. (Doc. No. 17.)

The Court hereby **GRANTS** Defendant's Motion and **REMANDS** this case to the Commissioner. Accordingly, the case is **DISMISSED**. Plaintiff's pending Motion for Judgment on the Administrative Record (Doc. No. 14) is **TERMINATED AS MOOT.** The Clerk of the Court is **DIRECTED** to close the case.

It is so ORDERED.

Entered this the _____ day of June, 2014.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT